# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ARELI RIVERA ORTIZ**

**VS.**

**WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER, ET AL.**

**CIVIL ACTION NO. 26-1976**

**SECTION P**

**JUDGE JERRY EDWARDS, JR.**

**MAGISTRATE JUDGE DAVID J. AYO**

## ORDER

Petitioner Areli Rivera Ortiz, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Lafayette, Louisiana, this 22nd day of June, 2026.

_____
David J. Ayo
United States Magistrate Judge