**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ARELI RIVERA ORTIZ** — **CIVIL ACTION NO. 26-1976 SEC P**

**VERSUS** — **JUDGE EDWARDS**

**WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER ET AL** — **MAG. JUDGE DAVID J. AYO**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 12), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DENIED AS MOOT** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 16th day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**